COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

TEXAS COMMISSION ON §  No. 08-20-00239-CV
ENVIRONMENTAL QUALITY AND
THE CITY OF DRIPPING SPRINGS, §  Appeal from the

Appellants, §  345th District Court

v. §  of Travis County, Texas

SAVE OUR SPRINGS ALLIANCE, INC., §  (TC# D-1-GN-19-003030)

Appellee. §

§

**O R D E R**

Pending before the Court is Appellee's motion for leave to file supplemental brief and motion for equal time in oral argument. The motion is DENIED only as to the motion for equal time in oral argument. However, the Court has determined that each side will be given twenty-five minutes for their opening presentations, to be split between the two appellants and Appellee and amicus as they see fit, and Appellants will still be allotted ten minutes for rebuttal.

Further, the Court has PASSED AND WILL CONSIDER with the case, only as to the motion for leave to file the supplemental brief.

IT IS SO ORDERED this 14th day of October, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.